UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EARLEY VIVERETTE,

                Plaintiff,

-v.-

CITY OF NEW YORK and NEW YORK CITY DEPARTMENT OF ADMINISTRATIVE FOR CHILDREN'S SERVICES,

                Defendants.

23 Civ. 3362 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    Plaintiff initiated this action on April 21, 2023 (Dkt. #1), and the Clerk of Court issued a summons that same day (*see* Minute Entry for April 21, 2023). Accordingly, Plaintiff had until July 20, 2023, to effectuate service on Defendants. *See* Fed. R. Civ. P. 4(m). Plaintiff is ORDERED to file proof of service on the docket on or before **August 23, 2023**. Plaintiff is advised that failure to do so may result in dismissal of this action for failure to prosecute.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff's address of record.

    SO ORDERED.

Dated:    August 2, 2023
              New York, New York

                                                  KATHERINE POLK FAILLA
                                                  United States District Judge